

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00131-CV

**IN THE INTEREST OF D.M.S.**, a Child

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2015CI05918
Honorable Cathleen M. Stryker, Judge Presiding

PER CURIAM

Sitting:  Rebeca C. Martinez, Justice
     Patricia O. Alvarez, Justice
     Luz Elena D. Chapa, Justice

Delivered and Filed: June 19, 2019

DISMISSED FOR WANT OF PROSECUTION

   Appellant's brief was due to be filed by May 10, 2019. Neither the brief nor a motion for extension of time was filed. By order dated May 21, 2019, appellant was ordered to show cause in writing by June 5, 2019 why this appeal should not be dismissed for want of prosecution. TEX. R. APP. P. 38.8(a). Appellant did not respond to this court's order. Because appellant failed to timely file a brief in this appeal, this appeal is dismissed for want of prosecution. *See id.*

               PER CURIAM